No. 310. FAKOURI *v.* CADAIS ET AL. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. James Craig Peacock* and *D. Worth Clark* for petitioner. *Messrs. George M. Wallace* and *Wade O. Martin, Jr.* for respondents.

No. 311. HICKEY ET AL., EXECUTORS, *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, RECEIVER. October 8, 1945. Petition for writ of certiorari to the Court of Appeals of New York denied. *Mr. James H. Hickey* for petitioners. *Messrs. Francis C. Brown, James M. Kane* and *Sidney R. Nussenfeld* for respondent.

No. 316. SHARP, EXECUTRIX, *v.* GRIP NUT CO. ET AL. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Francis Heisler* and *Ephraim Banning* for petitioner. *Messrs. Bernard A. Schroeder, Charles J. Merriam* and *George A. Chritton* for respondents.

No. 321. BUHL ET AL. *v.* UNIVERSITY OF THE STATE OF NEW YORK ET AL. October 8, 1945. Petition for writ of certiorari to the Appellate Division of the Supreme Court of New York denied. *Mr. Jacob W. Friedman* for petitioners. *Mr. George H. Bond* for respondents.

No. 323. INSULAR SUGAR REFINING CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for